Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27357–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Belkis Lucia Alvarez
aka Belkis L. Mateo
189 Main Street
Sayreville, NJ 08872

Social Security No.:
xxx–xx–4908

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/14/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 14, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 19-27357-MBK
Belkis Lucia Alvarez                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 14, 2019
                              Form ID: 148             Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Belkis Lucia Alvarez,    189 Main Street,    Sayreville, NJ 08872-1149
518453421      +Carrington Mortgage,    PO Box 5001,    Westfield, IN 46074-5001
518498983      +Carrington Mortgage,    PO Box 79001,    Phoenix, AZ 85062-9001
518496491      +Rennie Jene DeSantis Jr,    189 Main St,    Sayreville, NJ 08872-1149
518549807      +Wilmington Savings Fund Society et. al,,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:43      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518463123      +E-mail/Text: bncmail@w-legal.com Nov 15 2019 00:20:51      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518486882      +EDI: DRIV.COM Nov 15 2019 04:13:00      Santander Consumer USA Inc,    POB 961245,
                Fort Worth, TX 76161-0244
518453422       EDI: DRIV.COM Nov 15 2019 04:13:00      Santander Consumer USA Inc.,    PO Box 660633,
                Dallas, TX 75266-0633
518481976      +EDI: DRIV.COM Nov 15 2019 04:13:00      Santander Consumer USA Inc.,    P.O. Box 560284,
                Dallas, TX 75356-0284
518496490      +E-mail/Text: clientservices@sourcerm.com Nov 15 2019 00:21:13      Source Receivables Management,
                POB 4068,    Greensboro, NC 27404-4068
518455241      +EDI: RMSC.COM Nov 15 2019 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518526032       EDI: WFFC.COM Nov 15 2019 04:13:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee
               of Stanwich Mortgage Loan Trust A kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```